UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.                                            CASE NO. 8:11-cr-99-T-30TGW

JULIAN MANUEL TYLER


**PRELIMINARY ORDER OF FORFEITURE**

Julian Manuel Tyler pleaded guilty and was adjudicated guilty of being a convicted felon in possession of the firearm and ammunition described below, in violation of 18 U.S.C. §§ 922(g) and 924(a):

   a.   Universal Firearms Corp. Enforcer, 3000 Series,
        .30 S caliber pistol; and

   b.   17 rounds Remington .30 caliber ammunition.

The United States has established the requisite nexus between the crime of conviction and this firearm and ammunition:

The United States moves, via the United States' Motion for a Preliminary Order of Forfeiture (Dkt. #31), pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), for a Preliminary Order of Forfeiture for these assets, which upon entry shall be a final order as to Julian Manuel Tyler.

The United States' motion (Dkt. #31) is GRANTED.  Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), all of the defendant's right, title, and interest in the firearm and ammunition is forfeited to

the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to entertain any third party claim that may be asserted in an ancillary proceeding and to enter any order necessary for the forfeiture and disposition of the firearm and ammunition.

**DONE** and **ORDERED** in Tampa, Florida on September 12, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2011\11-cr-99.forfeiture.wpd

2