UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:11-cr-99-T-30TGW

JULIAN MANUEL TYLER

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a Final Judgment of Forfeiture (Doc. 39), pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2), for a Universal Firearms Corp. Enforcer, 3000 Series, .30 S caliber pistol and 17 rounds of Remington .30 caliber ammunition. The Court, being fully advised in the premises, hereby finds as follows:

1. On September 12, 2011, the Court granted the United States' motion and entered a Preliminary Order of Forfeiture, forfeiting to the United States of America all of Tyler's interest in the firearm and ammunition. (Doc. 32).

2. On November 10, 2011, Tyler was sentenced, and the firearm and ammunition were found subject to forfeiture and included in the Judgment. (Docs. 35, 37).

3. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the firearm and ammunition, on the official government website, www.forfeiture.gov, from September 9, 2011 through October 13, 2011. (Doc. 38). The publication gave notice to all third parties with a legal interest in the firearm and ammunition to file with the Office of the Clerk, United

States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

4. No person or entity other than Tyler (whose interest was forfeited to the United States in the Preliminary Order of Forfeiture) is known to have an interest in the firearm and ammunition. No other third party has filed a petition or claimed an interest in the firearm and ammunition, and the time for filing such petition has expired. Thus, any third-party interest in the firearm and ammunition is now barred.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 39) is **GRANTED**. It is FURTHER ORDERED that all right, title and interest in the firearm and ammunition is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2), for disposition according to law.

Clear title to the firearm and ammunition is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on November 21, 2011.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-99.forfeit 39.wpd